## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

### Case No.: 6:18-cv-01601-RBD-GJK

ESR PERFORMANCE CORP., a Florida corporation,

  Plaintiff and Counter-Defendant,

vs.

JVMAX, INC., a Florida corporation,

  Defendant and Counter-Claimant.

### NOTICE OF MEDIATION

In compliance with the February 6, 2019 Case Management and Scheduling Order, the Parties have selected Jim Matulis as their mediator and have agreed to participate in mediation on July 9, 2019, at the offices of Nelson Mullins Broad and Cassel, 390 North Orange Avenue, Suite 1400, Orlando, FL 32801.

Dated: February 20, 2019

          /s/ Erin K. Barns
          Erin K. Barns, Esq.
          (*Pro Hac Vice*, CA Bar No. 286865)
          Wirtz Law APC
          4370 La Jolla Village Dr., Suite 800
          San Diego, CA 92122
          Tel: (858) 259-5009
          Fax: (858) 259-6008
          ebarns@wirtzlaw.com
          *Attorney for Plaintiff and Counter-Defendant,*
          *ESR Performance Corp.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this February 20, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all parties or their counsel of record indicated on the Service List below through the CM/ECF system or some other authorized manner.

                                            By:  /s/ Erin K. Barns
                                                      Erin K. Barns, Esq.

## SERVICE LIST

| **Nelson Mullins Riley & Scarborough LLP**<br>Nicolette C. Vilmos<br>390 North Orange Ave., Suite 1400<br>Orlando, Florida 32801<br><br>**Wirtz Law APC**<br>Richard M. Wirtz<br>Erin K. Barns<br>4370 La Jolla Village Dr., Ste. 800<br>San Diego, CA 92122<br><br>*Attorneys for Plaintiff and Counter-Defendant, ESR Performance Corp.* | **Maxey Law Offices, PLLC**<br>William R. Brees<br>Brittany J. Maxey<br>100 2nd Ave S Ste 401N<br>St. Petersburg, FL 33701-4338<br><br><br>*Attorneys for Defendant and Counter-Claimant, JVMAX, Inc.* |