UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ESR PERFORMANCE CORP., a Florida corporation,

        Plaintiff/Counter-Defendant,      CASE NO.   6:18-cv-01601-RBD-GJK

v.

JVMAX, INC., a Florida corporation,

        Defendant/Counter-Plaintiff.
_____/

## NOTICE OF APPEARANCE

COMES NOW, James Matulis, of Matulis Law & Mediation, and notices his appearance as mediator in the above-caption matter.

Dated:  March 5, 2019

                      */s – James Matulis*
                      James M. Matulis
                      Florida Bar No. 0077429
                      Matulis Law & Mediation
                      9806 Gretna Green Drive, Suite 100
                      Tampa, FL 33626
                      Jim@MatulisLaw.com
                      Tel. (813) 451-7347

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2019, I electronically transmitted the attached document with the United States District Court electronic case filing system, which will electronically send copies to all counsel of record.

                      */s/ James Matulis*
                      James Matulis, Esq.