**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ESR PERFORMANCE CORP., a Florida corporation,

      Plaintiff/Counter-Defendant,      CASE NO.   6:18-cv-01601-RBD-GJK

v.

JVMAX, INC., a Florida corporation,

      Defendant/Counter-Plaintiff.
_____/

**MEDIATION REPORT**

In accordance with the Court's mediation order(s), a mediation conference was held on July 9, 2019, in Orlando, and the results of that conference are indicated below:

☑ All individual parties and their respective trial counsel attended and participated in the mediation conference, and each possessed the requisite authority.

The outcome of the mediation conference was:

☑ the parties have reached an impasse.

Dated:  July 14, 2019

                                   */s – James Matulis*
                                    James M. Matulis
                                    Florida Bar No. 0077429
                                    Law Office of James Matulis
                                    9806 Gretna Green Drive, Suite 100
                                    Tampa, FL 33626
                                    Jim@Matulis-Law.com
                                    Tel. (813) 451-7347

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2019, I electronically transmitted the attached document with the United States District Court electronic case filing system, which will electronically send copies to all counsel of record.

                                                             */s/ James Matulis*
                                                             James Matulis, Esq.