# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ESR PERFORMANCE CORP.,**

    Plaintiff,

v.

**JVMAX, INC.,**                                      Case No:  6:18-cv-1601-Orl-78GJK

    Defendant.

## ORDER

This cause came on for consideration, without oral argument, on the following motion:

| | |
|---|---|
| **MOTION:** | **ESR PERFORMANCE CORP.'S MOTION FOR JUDICIAL SETTLEMENT CONFERENCE WITH INCORPORATED MEMORANDUM OF LAW (Doc. No. 99)** |
| **FILED:** | **August 30, 2019** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

On August 30, 2019, Plaintiff filed a motion for a judicial settlement conference (the "Motion"). Doc. No. 99. The Motion requests a settlement conference before a United States Magistrate Judge. Doc. No. 99. The Motion indicates that Defendant opposes the Motion but no response was filed. Doc. No. 99. Pursuant to the Case Management and Scheduling Order, "the Court routinely grants motions as unopposed when no Response is filed." Doc. No. 57 at 10.

Accordingly, it is hereby **ORDERED** that the Motion (Doc. No. 99) is **GRANTED** as follows:

1. This case is **REFERRED** to United States Magistrate Judge Embry J. Kidd, who is not assigned to this case, to conduct a settlement conference; and

2. The parties shall attend the conference at Judge Kidd's direction, the details of which will be contained in a separate order issued by His Honor.

**DONE** and **ORDERED** in Orlando, Florida, on October 7, 2019.

*[signature]*
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties